JOHN P. BROWNE, RESPONDENT, v. BAYONNE TRUST COMPANY, INDIVIDUALLY AND AS EXECUTOR, ETC., APPELLANT.

Submitted October 29, 1937—Decided January 26, 1938.

For the respondent, *Edward De Sevo.*

For the appellant, *Roberson & Roberson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 11.

*For reversal*—None.